# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12194-MDC

CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CIERRA WILSON

    1721 MARLTON AVE  APT A102

    PHILADELPHIA, PA 19194

Counsel for debtor(s), by electronic notice only.

    JOSHUA Z. GOLDBLUM
    826 BUSTLETON PIKE
    SUITE 101B
    FEASTERVILLE, PA 19053

Date: 2/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee