# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12194-MDC

CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CIERRA WILSON

  1721 MARLTON AVE  APT A102

  PHILADELPHIA, PA 19194

Counsel for debtor(s), by electronic notice only.

  JOSHUA Z. GOLDBLUM
  826 BUSTLETON PIKE
  SUITE 101B
  FEASTERVILLE, PA 19053

                                             /S/ William C. Miller

Date: 8/29/2017                                         _____

                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee