UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIERRA WILSON                                    Chapter 13

                    Debtor              Bankruptcy No. 16-12194-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___7th___ day of ___December___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

*Magdeline D. Coleman*
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA Z. GOLDBLUM
826 BUSTLETON PIKE
SUITE 101B
FEASTERVILLE, PA 19053

Debtor:
CIERRA WILSON

1721 MARLTON AVE APT A102

PHILADELPHIA, PA 19194