UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Cierra Wilson                : Chapter 13
                                    :
    Debtor                        : Bankruptcy No. 16-12194
                                    :

CERTIFICATION OF SERVICE

    I, Joshua Z. Goldblum, Esquire, of Stonewood Office Campus, Suite 101B, 826 Bustleton Pike, Feasterville, Pennsylvania, certify:

    That on the 11th day of December, 2017, I sent copies of the Amended Notice of Motion, Response Deadline and Hearing Date, by first class mail to: Cierra Wilson, 1721 Marlton Avenue, Apt. A102, Philadelphia, PA  19104; William C. Miller, Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA  19107; and all creditors and parties in interest.

    s/Joshua Z. Goldblum
    Joshua Z. Goldblum
    Attorney for Debtor

December 11, 2017