```
            UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In re:
    Cierra Wilson                    :   Chapter 13

        Debtor                  :   Bankruptcy No. 16-12194

### CERTIFICATION OF SERVICE AND NO RESPONSE

    I, Joshua Z. Goldblum, Esquire, of Stonewood Office Campus, Suite 101B, 826 Bustleton Pike, Feasterville, Pennsylvania, certify:

    1. That on the 8th day of December, 2017, I sent copies of the Motion to Reconsider Dismissal Order and Amended Notice of Motion, Response Deadline and Hearing Date, by first class mail to: Ms. Cierra Wilson, 1721 Marlton Avenue, Apt. A102, Philadelphia, PA  19104; William C. Miller, Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA  19107, and all creditors and parties in interest.

    2.  No Answer or responsive pleading has been received.

    I certify under penalty of perjury that the foregoing is true and correct.

December 22, 2017              s/Joshua Z. Goldblum
Date                              Joshua Z. Goldblum
                                    Attorney for Debtor