IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Cierra Wilson         : Chapter 13
       Debtor                : Bankruptcy No. 16-12194

### ORDER

AND NOW this _4th_ day of _December_, 2017, it is hereby ORDERED and DECREED that the motion of debtor to reconsider the dismissal order entered on December 7, 2017, is hereby granted. The order to dismiss is hereby vacated.

BY THE COURT:

_Magdeline D. C_____
B.J.