United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cierra Wilson  
    Debtor

Case No. 16-12194-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 2     Date Rcvd: Jan 08, 2018  
Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.

```
db          +Cierra Wilson,    1721 Marlton Avenue,    Apt. A102,    Philadelphia, PA 19194-0001
13700720     AES,   PO Box 61047,    Harrisburg, PA 17106-1047
13700721     Citizens Bank,   PO Box 61047,    Harrisburg, PA 17106-1047
13771481     Comenity - Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13926296     Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13720900     Jeffrey Nerenberg, Esq.,    1500 John F Kennedy Blvd Ste 1850,    Philadelphia, PA 19102-1725
13748817    +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike, Suite 101,    Feasterville, PA 19053-6002
13766460     Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
13720903     PGW,    800 W Montgomery Ave,    Philadelphia, PA 19122-2806
13733759    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13720902     Peco Energy Company,    2300 Market St,    Philadelphia, PA 19103-3008
13707083    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13700724    +Toyota Financial Service,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13720905     Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA 52411-6634
13741055    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Jan 09 2018 01:27:28    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2018 01:27:19
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2018 01:27:22    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13700722     E-mail/PDF: pa_dc_claims@navient.com Jan 09 2018 01:28:41    Navient,    PO Box 9555,
              Wilkes Barre, PA 18773-9555
13789664     E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2018 01:27:12
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13700723     E-mail/Text: bknotice@erccollections.com Jan 09 2018 01:27:20    Sprint/Enhanced Recovery Co.,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13700725    +E-mail/Text: bkr@virtuososourcing.com Jan 09 2018 01:27:31    Virtuoso Sourcing Group,
              4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
                                                                                             TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Educational Credit Management Corporation,    PO Box 16408
13720897     16-12194
13771478     16-12194
13771479*    AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13720898*    AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13720899*    Citizens Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
13771480*    Citizens Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
13771482*    Jeffrey Nerenberg, Esq.,    1500 John F Kennedy Blvd Ste 1850,    Philadelphia, PA 19102-1725
13720901*    Navient,    PO Box 9555,    Wilkes Barre, PA 18773-9555
13771483*    Navient,    PO Box 9555,    Wilkes Barre, PA 18773-9555
13771485*    PGW,    800 W Montgomery Ave,    Philadelphia, PA 19122-2806
13771484*    Peco Energy Company,    2300 Market St,    Philadelphia, PA 19103-3008
13720904*    Sprint/Enhanced Recovery Co.,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13771486*    Sprint/Enhanced Recovery Co.,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13771487*    Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA 52411-6634
13720906*   +Virtuoso Sourcing Group,    4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
13771488*   +Virtuoso Sourcing Group,    4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
                                                                             TOTALS: 3, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2             Date Rcvd: Jan 08, 2018
                              Form ID: pdf900            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Cierra  Wilson jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Cierra Wilson                : Chapter 13
      Debtor                : Bankruptcy No. 16-12194

### ORDER

AND NOW this ___4th___ day of ___January___, 2018, it is hereby ORDERED and DECREED that the motion of debtor to reconsider the dismissal order entered on December 7, 2017, is hereby granted. The order to dismiss is hereby vacated.

BY THE COURT:

_____Magdeline D C_____
                                 B.J.

