# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
**CIERRA WILSON** :
 :
 : BANKRUPTCY NO. 16-12194 MDC
Debtor (s)

## P R A E C I P E

Kindly withdraw the standing trustee's Final Report and Account in the above captioned Chapter 13 Bankruptcy case.

Respectfully submitted,

Date: January 16, 2018

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40116
Philadelphia, PA  19106