**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :   CHAPTER 13
CIERRA WILSON                        :   BKY. NO.   16-12194 MDC
                                                    :

ENTRY OF APPEARANCE AND REQUEST FOR
NOTICE AND SERVICE OF PAPERS

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Debtor Cierra Wilson, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Michael P. Kelly, Esquire
Suite 202 – Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
(215) 741-1100
Fax (215) 741-4029
Email:   mpkpc@aol.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, order and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtors.

Dated:   October 9, 2018                       By:       /s/ Michael P. Kelly
                                                                    Michael P. Kelly, Esquire
                                                                    Suite 202 – Penn's Square
                                                                    402 Middletown Boulevard
                                                                    Langhorne, PA 19047
                                                                    (215) 741-1100
                                                                    Fax (215) 741-4029
                                                                    Email:   mpkpc@aol.com