# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 16-12194-MDC

CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194

Counsel for debtor(s), by electronic notice only.

JOSHUA Z. GOLDBLUM
PO BOX 27446

PHILADELPHIA, PA 19118-

                                    /S/ William C. Miller

Date: 6/24/2019                _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee