**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| CIERRA WILSON | |
| Debtor | Bankruptcy No. 16-12194-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 25, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA Z. GOLDBLUM
PO BOX 27446

PHILADELPHIA, PA 19118-

Debtor:
CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194