United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12194-mdc
Cierra Wilson                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 2          Date Rcvd: Jul 25, 2019
                        Form ID: pdf900       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db            +Cierra Wilson,    1721 Marlton Avenue,    Apt. A102,    Philadelphia, PA 19194-0001
13700720       AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13700721       Citizens Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
13926296       Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13720900       Jeffrey Nerenberg, Esq.,    1500 John F Kennedy Blvd Ste 1850,    Philadelphia, PA 19102-1725
13748817      +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike, Suite 101,    Feasterville, PA 19053-6002
13720903       PGW,    800 W Montgomery Ave,    Philadelphia, PA 19122-2806
13733759      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13720902       Peco Energy Company,    2300 Market St,    Philadelphia, PA 19103-3008
13707083      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13720905       Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA 52411-6634
13700724      +Toyota Financial Service,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13741055      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: bncnotice@ph13trustee.com Jul 26 2019 03:22:56     WILLIAM C. MILLER,
                Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Jul 26 2019 03:22:47     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13771481       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 26 2019 03:22:13
                Comenity - Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13926296       E-mail/Text: ECMCBKNotices@ecmc.org Jul 26 2019 03:22:14
                Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13700722       E-mail/PDF: pa_dc_claims@navient.com Jul 26 2019 03:23:34     Navient,    PO Box 9555,
                Wilkes Barre, PA 18773-9555
13766460       E-mail/PDF: pa_dc_claims@navient.com Jul 26 2019 03:24:51
                Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13789664       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2019 03:22:16
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13700723       E-mail/Text: bknotice@ercbpo.com Jul 26 2019 03:22:36     Sprint/Enhanced Recovery Co.,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13700725      +E-mail/Text: bkr@virtuososourcing.com Jul 26 2019 03:22:59     Virtuoso Sourcing Group,
                4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
                                                                                              TOTAL: 11
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Educational Credit Management Corporation,    PO Box 16408
13720897       16-12194
13771478       16-12194
13720898*      AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13771479*      AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13720899*      Citizens Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
13771480*      Citizens Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
13771482*      Jeffrey Nerenberg, Esq.,    1500 John F Kennedy Blvd Ste 1850,    Philadelphia, PA 19102-1725
13720901*      Navient,    PO Box 9555,    Wilkes Barre, PA 18773-9555
13771483*      Navient,    PO Box 9555,    Wilkes Barre, PA 18773-9555
13771485*      PGW,    800 W Montgomery Ave,    Philadelphia, PA 19122-2806
13771484*      Peco Energy Company,    2300 Market St,    Philadelphia, PA 19103-3008
13720904*      Sprint/Enhanced Recovery Co.,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13771486*      Sprint/Enhanced Recovery Co.,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13771487*      Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA 52411-6634
13720906*     +Virtuoso Sourcing Group,    4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
13771488*     +Virtuoso Sourcing Group,    4500 E Cherry Creek South Dr,    Denver, CO 80246-1500
                                                                                   TOTALS: 3, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 25, 2019
                               Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Cierra  Wilson jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Cierra  Wilson mpkpc@aol.com,  r47593@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| CIERRA WILSON | |
| Debtor | Bankruptcy No. 16-12194-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 25, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA Z. GOLDBLUM
PO BOX 27446

PHILADELPHIA, PA 19118-

Debtor:
CIERRA WILSON

1721 MARLTON AVE  APT A102

PHILADELPHIA, PA 19194